UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SIERRA V. CARBARY, | Civil No. 6:26-CV-00114-MC |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED this __9th__ day of __June__, 2026.


___s/Michael J. McShane___
HON. MICHAEL J. MCSHANE
UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

SUSANNE LUSE, OSB #142489
Assistant United States Attorney

*s/ Lori A. Lookliss*
LORI A. LOOKLISS
MICHIGAN BAR NO. P64099
Special Assistant United States Attorney
of Attorneys for Defendant
(410) 966-3808